UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

| | |
|---|---|
| JOHN DRISCOLL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TRUMP INTERNATIONAL HOTELS MANAGEMENT LLC, d/b/a Trump Hotel Collection, a Delaware limited liability Company, and JOHN DOES 1-20,<br><br>Defendants. | Cause No. 15-CV-1089-DRH-SCH |

## STIPULATED DISMISSAL

It is hereby stipulated by and between Plaintiffs and Defendants, by and through their counsel, that the above entitled cause be dismissed as to all named Defendants without prejudice and without costs.

**HIPSKIND & McANINCH, LLC**      **BRYAN CAVE LLP**

/s/ *John Hipskind*                              /s/ *Hal Goldsmith*
John T. Hipskind, #6296743            Hal Goldsmith, #6192077
Brady M. McAninch, #6306542       One Metropolitan Square
5111 West Main Street                      211 North Broadway, Suite 3600
Belleville, Illinois 62226                    St. Louis, Missouri 63102
Phone: 618-641-9189                        Phone: 314-259-2533
Fax: 618-551-2642                            Fax: 314-552-2533

*Attorneys for Plaintiffs*                    *Attorneys for Defendants*

6524291

**HUNTON & WILLIAMS LLP**

Neil K. Gilman (*pro hac vice*)
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
Email: ngilman@hunton.com

- and –

John J. Delionado (*pro hac vice*)
1111 Brickell Avenue, Suite 2500
Miami, FL 33131
Telephone: (305) 810-2500
Facsimile: (305) 810-2460
Email: jdelionado@hunton.com

*Attorneys for Defendants*

6524291